UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VIRGINIA I. SELWYN            )
                             )
v.                           )      No. 3:02-1123
                             )      JUDGE NIXON
THOMAS E. WHITE, et al.      )

O R D E R

The above-styled case having been closed on January 20, 2006,

it is hereby ORDERED that:

( X ) The party or parties who submitted material <u>under seal</u>
      (Docket Entry No. 28) shall retrieve the same within ten
      (10) days of the date of entry of this Order on the
      docket.  If the material is not retrieved within the
      time specified, the Clerk is directed to destroy the
      material.

(   ) The Clerk is directed to unseal the attached material
      and make them part of the record.

(   ) The Clerk is directed to shred the attached sealed
      material.

(   ) The Clerk is directed to maintain the attached material
      <u>under seal</u>.

                         _____
                         JOHN T. NIXON
                         UNITED STATES DISTRICT JUDGE